UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY J. RANDALL, #925722, )
            Plaintiff, )
) No. 2:16-cv-207
-v- )
) Honorable Paul L. Maloney
A. WINNICKI, et al., )
            Defendants. )
)

## JUDGMENT

Having resolved all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 2, 2017                                /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge